DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 OCTOBER 2014

| | | | |
|---|---|---|---|
| 003P14 | Jorge A. Espinosa v. Tradesource, Inc., Employer, Arch Insurance Company, Carrier (Gallagher Bassett Services Inc., Third-Party Administrator) | 1. Plt-Appellant's Motion for Temporary Stay (COA13-220 and 13-466) | 1. Allowed **01/03/2014** Dissolved **10/09/2014** |
| | | 2. Plt-Appellant's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 3. Dismissed as Moot |
| | | 4. Plt's Motion to Amend PDR | 4. Dismissed as Moot |
| 012A14 | State ex rel. Utilities Commission, et al. v. Attorney General, et al. | Duke Energy Carolinas, LLC's Motion to Correct Appellee Brief | Allowed **08/28/2014** |
| 042P14 | Taralyn Shalandra Simpson v. Sears, Roebuck and Co. and Amy Edwards | Defs' PDR Under N.C.G.S. § 7A-31 (COA13-329) | Denied |
| 047P14 | State v. Walter Eric McKinney | 1. State's Motion for Temporary Stay (COA13-384) | 1. Allowed **02/11/2014** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| 103P14 | State v. Harold Goins, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA 13-998) | Denied |
| 109P14 | State v. Joshua Lee Watson | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Halifax County | 1. Denied |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| 131P04-2 | State v. Shan Edward Carter | 1. Def's *Pro Se* Motion for NOA (COAP14-463) | 1. Dismissed *ex mero motu* |
| | | 2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of New Hanover County | 2. Dismissed |